# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JEZABEL DIMINICO, as Special Administrator to the Estate of FRANCISCO VASQUEZ, III, Deceased, and as heir to the Estate of FRANCISCO VASQUEZ, III, Deceased,<br><br>Plaintiff<br><br>v.<br><br>GEICO INSURANCE AGENCY, INC., DOES I through X inclusive, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants | Case No.: 2:20-cv-01305-APG-NJK<br><br>**Order Granting Defendant's Motion to Dismiss and Plaintiff's Motion to Amend**<br><br>[ECF Nos. 6, 9] |

Defendant GEICO Insurance Agency, Inc. moves to dismiss this lawsuit against it because it did not issue the subject insurance policy. ECF No. 6. Plaintiff Jezabel Diminico agrees and moves to amend her complaint to substitute the proper defendant. ECF No. 9. The parties agree to the requested relief, so I will grant both motions. In the future, the lawyers should call or email each other to discuss such motions. That would have saved their clients the cost of preparing 59 pages of unnecessary briefs and saved me the time of reading them. A one-page stipulation would have been more efficient for everyone.

I THEREFORE ORDER that the defendant's motion to dismiss **(ECF No. 6) is granted**, and the plaintiff's motion to amend **(ECF No. 9) is granted**.

DATED this 18th day of September, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE